IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CORINNA CAUDILL,<br><br>    Plaintiff,<br><br>v.<br><br>THE NORTH HIGHLAND COMPANY, LLC &<br>ARBY'S RESTAURANT GROUP INC.,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br><br>1:20-cv-04478-ELR-CMS |

## VOLUNTARY DISMISSAL

COMES NOW Plaintiff Corinna Caudill, through her undersigned attorney of record, and files this Voluntary Dismissal in the above-referenced action.

Respectfully submitted this 29th day of January, 2021.

                                              THE KIRBY G. SMITH LAW FIRM, LLC

                                              s/Amanda M. Brookhuis
                                              Amanda Brookhuis
                                              Georgia Bar No. 601396

4488 North Shallowford Road
Suite 105
Atlanta, GA 30338
Phone: 844-454-7529
Fax: 877-352-6253
amb@kirbygsmith.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CORINNA CAUDILL,<br><br>    Plaintiff,<br><br>v.<br><br>THE NORTH HIGHLAND COMPANY, LLC &<br>ARBY'S RESTAURANT GROUP INC.,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br><br>1:20-cv-04478-ELR-CMS |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed this Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which sent notification of such filing all Parties.

This 29th day of January, 2021.

                                        THE KIRBY G. SMITH LAW FIRM, LLC

                                        s/Amanda M. Brookhuis
                                        Amanda M. Brookhuis
                                        Georgia Bar No. 601396
                                        *Attorney for Plaintiff*